JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LES BOUTIQUES CLARINS LTD, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-02950-MWF (JEMx)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　On November 10, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 18].

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

　　**IT IS SO ORDERED.**

DATED: November 10, 2021　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge